UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:04-M-162

FILED
SEP 20 2010
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) <u>ORDER ALLOWING DISMISSAL OF</u> |
| v. | ) <u>CRIMINAL INFORMATION AND</u> |
| | ) <u>WITHDRAWAL OF ARREST WARRANT</u> |
| ANNETTE L. SMITH | ) |

Leave of court is granted for the filing of the foregoing dismissal.

9-20-2010
DATE:

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE